UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN L. PISONI,

           Plaintiff,

   v.

JOSEPH LEHMAN,

           Defendant.

CASE NO.     C04-5864RBL

ORDER

     The Court, having reviewed defendants' motion for summary judgment (Dkt. #14), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation;

     (2)     Defendant's motion for summary judgment is GRANTED; and

     (3)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

     DATED this 28th day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1